Dismissed and Memorandum Opinion filed August 19, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00150-CV

____________

 

ANNIE B. JOHNSON, Appellant

 

V.

 

ALEAN C. MARTIN, Appellee

 



 

On Appeal from the 61st District Court

Harris County, Texas

Trial Court Cause No. 2008-35401

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 23, 2009.  The clerk’s record was
filed on March 19, 2010.  The reporter’s record was filed March 22, 2010.  No brief
was filed.

On July
15, 2010, this Court issued an order stating that unless appellant submitted her
brief, together with a motion reasonably explaining why the brief was late, on
or before August 4, 2010, the Court would dismiss the appeal for want of
prosecution.  See Tex. R. App. P. 42.3(b).








Appellant
filed no response.  Accordingly, the appeal is ordered dismissed.

 

 

 

PER
CURIAM

 

 

Panel consists of Justices Seymore, Boyce, and
Christopher.